**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Francis J. Chamberlain Jr.　　　　　　　　CHAPTER 13
　　　　　Karen S. Chamberlain
　　　　　　　Debtor(s)　　　　　　　　　　　　　　BKY. NO. 16-15633 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *Rebecca Solarz*
　　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　　16 Jun 2021, 14:49:58, EDT

　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　(215) 627-1322