United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                           Case No. 16-15633-elf

Francis J Chamberlain, Jr.                        Chapter 13

Karen S. Chamberlain

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                              Page 1 of 3

Date Rcvd: Aug 03, 2021               Form ID: 138NEW                    Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis J Chamberlain, Jr., Karen S. Chamberlain, 203 Bourne Drive, Broomall, PA 19008-3720 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Township of Marple, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13773393 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13783839 | + | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 13773397 | | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13819533 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14486470 | + | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 13773414 | + | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 13784711 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 13773415 | + | Santander Consumer USA/ Chryser Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13773417 | + | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14616278 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14616058 | + | U.S. Bank Trust National Association as Trustee fo, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14616522 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13773421 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13813616 | # | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC# N9286-01Y, 1000 BLUE GENTIAN ROAD,, EAGAN, MN, 55121-7700 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13773389 | | Email/Text: ebn@americollect.com | Aug 03 2021 23:23:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13819394 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 03 2021 23:33:42 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13773394 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2021 23:23:00 | Calvary Portfolio Services, 500 Summit Lake Dr, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ste 400, Valhalla, NY 10595-2322 |
| 13796794 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13784074 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2021 23:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13773405 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2021 23:23:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 13773404 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:37 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13773407 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13773409 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:33:31 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 13773410 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13839309 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:34 | PYOD, LLC its successors and assigns as assignee, of FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13807919 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13773416 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:29 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 13773418 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 03 2021 23:23:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13773390 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13773391 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13773392 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13773395 | *+ | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2322 |
| 13773396 | *+ | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2322 |
| 13773398 | * | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13773399 | * | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13773400 | * | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13773401 | * | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13773402 | * | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13773403 | * | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13773406 | * | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 13773408 | *+ | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13773411 | *+ | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13773412 | *+ | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13773413 | *+ | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13773419 | *+ | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 13773420 | *+ | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Karen S. Chamberlain dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Francis J Chamberlain Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Marple jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEREMY JOHN KOBESKI | on behalf of Creditor Wells Fargo Bank NA jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank NA paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Francis J Chamberlain, Jr. and Karen
S. Chamberlain

       Debtor(s)                                          Bankruptcy No: 16−15633−elf
                                                              Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                     For The Court
                                                             Timothy B. McGrath
                                                               Clerk of Court

Dated: 8/3/21

                                                                                                                   43 − 42
                                                                                                          Form 138_new